E-SERVED
06/07/04
04:37 PM ET
Baycol MDL 1431

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*

MDL No. 1431
(MJD/JGL)

This Document Relates to:

*Raymond L. Roberts v. Bayer Corp.*

Case No. 01-2412

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the above-captioned matter may be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall each bear their own costs.

Dated: June 7, 2004

Alfred G. Yates Jr
LAW OFFICES OF ALFRED G. YATES JR PC
429 Forbes Avenue
519 Allegheny Building
Pittsburgh, PA 15219
(412) 319-5164

Patrick J. Madden
MADDEN, MADDEN & DEL DUCA
106 Kings Highway East, Suite 200
P.O. Box 210
Haddonfield, NJ 08033-0389
(856) 428-9520

*Attorneys for Plaintiffs*

SCANNED
JUN 17 2004
U.S. DISTRICT COURT MPLS

E-SERVED
06/07/04
04:37 PM ET
Baycol MDL 1431

Dated: 6/7/04

Susan A. Weber /s/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that this matter is dismissed with prejudice.

DATED: JUN 17 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Roberts*, No. 01-2412